UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v. -                         :     NOTICE OF INTENT TO
                                            FILE AN INFORMATION
JASON MONTELLO,                    :

       Defendant.              :        08 CRIM 056

- - - - - - - - - - - - - - x

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           January 11, 2008

                          MICHAEL J. GARCIA
                          United States Attorney

             By: _____
                 Benjamin Gruenstein
                 Assistant United States Attorney

                 AGREED AND CONSENTED TO:

             By: _____
                 Edward Palermo, Esq.
                 Counsel for the Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 1/11/08