

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -  :  INFORMATION

JASON MONTELLO,  :  08 Cr.

         Defendant.

- - - - - - - - - - - - - - - - - x

**08 CRIM 056**

COUNT ONE
===

The United States Attorney charges:

1. From at least in or about May 2007 until in or about July 2007, in the Southern District of New York and elsewhere, JASON MONTELLO, the defendant, together with others known and unknown, unlawfully, willfully and knowingly combined, conspired, confederated and agreed together and with each other to commit robbery, as that terms is defined in Title 18, United States Code, Section 1951(b)(1), and thereby would and did obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, MONTELLO and his co-conspirators would and did steal money and drugs from drug dealers and individuals engaged in commercial activities that affected interstate commerce.

(Title 18, United States Code, Section 1951.)

COUNTS TWO THROUGH FOUR

The United States Attorney further charges:

2.  On or about the dates set forth below, in the Southern District of New York and elsewhere, JASON MONTELLO, the defendant, unlawfully, willfully and knowingly did commit and attempt to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, JASON MONTELLO and others known and unknown, attempted to commit the following robberies, among others, of persons engaged in narcotics trafficking and/or commercial activities that affected interstate commerce:

| COUNT | APPROXIMATE DATE | GENERAL LOCATION | ITEMS STOLEN |
|---|---|---|---|
| TWO | May 2007 | Nassau County | None |
| THREE | May 31, 2007 | 26 Sunset Drive, Sayville, New York | None |
| FOUR | June 2007 | Yonkers, New York | Marijuana |

(Title 18, United States Code, Sections 1951 and 2.)

COUNT FIVE

The United States Attorney further charges:

3.  In or about September 2005, in the Southern District of New York and elsewhere, JASON MONTELLO, the

2

defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

    4. It was a part and an object of the conspiracy that JASON MONTELLO, the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute controlled substances, to wit, cocaine, in violation of Title 21, United States Code, Sections 812, 841(a) and 841(b)(1)(C).

    (Title 21, United States Code, Section 846.)

## COUNT SIX

The United States Attorney further charges:

    5. From at least in or about May 2007 until in or about July 2007, in the Southern District of New York and elsewhere, JASON MONTELLO, the defendant, unlawfully, willfully and knowingly used and carried a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit, the robbery conspiracy charged in Count One of this Information, and possessed a firearm in furtherance of said crime, during which a firearm was brandished.

    (Title 18, United States Code,
Sections 924(c)(1)(A)(i) and (ii), and 2.)

*Michael J. Garcia* (signature)
_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**JASON MONTELLO,**

Defendant.

**INFORMATION**

08 Cr.

(18 U.S.C. §§ 924(c), 1951, 2;
21 U.S.C. § 846.)

MICHAEL J. GARCIA
United States Attorney.