UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

      - v. -                       :      08 Cr.

JASON MONTELLO,                    :

      Defendant.              :

- - - - - - - - - - - - - - - - - x

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 924(c), 1951, and 2, and Title 21, United States Code, Section 846, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                /s/ Jason Montello
                                                Defendant

                                                Witness

                                                Counsel for Defendant

Date:  New York, New York
       January 18, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 18 2008
```

0202