USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                             **ORDER**

         -against-                                                08 **CR.** 56 (RMB)

JASON MONTELLO,

                                     Defendant.
---------------------------------------------------------------X

      WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on January 18, 2008;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

      IT IS HEREBY ORDERED that JASON MONTELLO's guilty plea is accepted.

Dated: New York, New York
       January 25, 2008

                                                             **RICHARD M. BERMAN, U.S.D.J.**