# PALERMO, PALERMO & TUOHY, P.C.
*Attorneys At Law*

94 West Main Street
Smithtown, New York 11787
631-265-1051
FAX 631-265-9157



EDWARD R. PALERMO, ESQ.  
STEVEN J. PALERMO, ESQ.

MATTHEW B. TUOHY, ESQ.  
CHRISTOPHER N. PALERMO, ESQ.

March 3, 2008

Via Facsimile Transmission
    212-805-6717

Hon. Richard M. Berman, Judge of the
 U.S. District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007-1312

**MEMO ENDORSED**

Re: United States of America v. Jason Montello
    07 Mag. 1634    08 cr 56

Dear Judge Berman:

Please be advised that I represent the defendant in the above-entitled matter, which is scheduled on the Court's calendar for a conference today at 2:30 PM.

However, due to a clerical error in my office, I was unaware of this scheduled conference and, therefore, respectfully request that the matter be adjourned to March 6, 2008, at 3:00 PM, or another date convenient to the Court. AUSA Katie Goldstein has consented to the adjournment.

I apologize for any inconvenience caused to the Court by my request and would appreciate being advised of the new date.

Thank you for your consideration herein.

Very truly yours,

*Edward R. Palermo*
Edward R. Palermo

ERP:dem
cc: AUSA Katie Goldstein
    212-637-0097

*[Handwritten endorsement:]* Application granted + time excluded under Speedy Trial Act because it is in the interest of justice to do so.

SO ORDERED:
Date: 3/4/08
*Richard M. Berman*
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08